**ARIADNE FINANCIAL SERVICES PTY. LTD., and Memvale Pty. Ltd., petitioners, v. UNITED STATES.**

No. 97-2016.

Oct. 5, 1998.

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.